

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00738-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

On November 19, 2015, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT.

It is so **ORDERED** on December 10, 2015.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 587693, styled *The State of Texas v. Robert Martinez*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable John Longoria presiding.